Thomas R. Smith, Esquire (TS-0929)
Pellettieri, Rabstein & Altman
P.O. Box 5301
Princeton, New Jersey 08543-5053
(609) 520-0900
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MUNIZ, individually,<br>    Plaintiff(s)<br><br>vs.<br><br>SUNTUF USA; BREYER GMBH; BREYER EXTRUSION LINES; STOBER; STÖBER ANTRIEBSTECHNIK GmbH + Co. KG; BREYER GmbH MASCHINENFABRIK; KLUBER LUBRICATION NA LP; PALRAM AMERICAS; ABC, Inc. (1-V); and JOHN DOE (I-V); said names ABC, Ins. (I-V), and John Doe (I-V), being fictitious, jointly, individually and in the alternative,<br>    Defendants | Civil Action No. 18-4619<br><br>Honorable Jeffrey L. Schmehl, J.<br><br>**VOLUNTARY STIPULATION OF DISMISSAL AS TO DEFENDANT, PALRAM AMERICAS** |

It is hereby stipulated and agreed that Plaintiff's claims against the Defendant, PALRAM AMERICAS, are hereby voluntarily dismissed without prejudice and without costs against any party.

                PELLETTIERI, RABSTEIN & ALTMAN
                Attorneys for Plaintiffs

                _____
                THOMAS R. SMITH, ESQUIRE (TS-0929)

Dated: December 3, 2018