IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MUNIZ, Individually,<br>          Plaintiff<br>v.<br><br>SUNTUF USA, BREYER GMGH, BREYER EXTRUSION LINES, STOBER, STOBER ANTRIEBSTECHNICK GmbH + Co. KG, BREYER GmbH MASCHINENFABRIK, KLUBER LUBRICATION NA LP, PALRAM AMERICAS; ABC, INC. (1-V), and JOHN DOE (I-V), being fictitious, jointly and individually and in the alternative,<br>          Defendants | Civil Action No. 5:18-cv-04619<br><br>**VOLUNTARY STIPULATION OF DISMISSAL AS TO DEFENDANTS, BREYER GMBH AND BREYER EXTRUSION LINES** |

It is hereby stipulated and agreed that Plaintiff's claims against the Defendants, Breyer GmbH and Breyer Extrusion Lines, are hereby voluntarily dismissed without prejudice and without costs against any party.

                                                                  PELLETTIERI, RABSTEIN & ALTMAN

                                                                   By: _____
                                                                     Thomas R. Smith, Esquire (TS-0929)
                                                                     P.O. Box 5301
                                                                     Princeton, New Jersey 08543-5053
                                                                     *Attorney for Plaintiff,*
                                                                      *Jose Muniz*

Dated:

1352695v.1