IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MUNIZ<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STÖBER; STÖBER ANTRIEBSTECHNIK GMBH CO. KG; BREYER GMBH MASCHINENFABRIK; KLÜBER LUBRICATION NA LP; ABC, INC. *(I-V)*; AND JOHN DOE *(I-V), BEING FICTICIOUS, JOINTLY, INDIVIDUALLY AND IN THE ALTERNATIVE*,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 18-4619 |

## **ORDER**

**AND NOW**, this 5th day of August, 2019, after reviewing Defendant Klüber's Motion to Dismiss (Docket No. 7), all supporting and opposing papers, and for the reasons more fully stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant Klüber's Motion to Dismiss is **GRANTED**.  Plaintiff is given leave to amend the complaint within 30 days from the date of this Order.  If Plaintiff fails to amend his complaint within 30 days, the claims against Defendant Klüber will be dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　　**/s/ Jeffrey L. Schmehl**
　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.