IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MUNIZ,<br>    Plaintiff,<br><br>v.<br><br>STÖBER, *et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 18-4619 |

# ORDER

**AND NOW**, this 8th day of July, 2020, upon consideration of Defendant Stöber Antriebstechnik GMBH Co. KG's Motion to Dismiss (ECF No. 36) and all supporting and opposing papers, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**;

2. All claims in this matter asserted against Defendant Stöber Antriebstechnik GMBH Co. KG are **DISMISSED WITH PREJUDICE** for lack of personal jurisdiction; and

3. The Clerk of Court shall mark Defendant Stöber Antriebstechnik GMBH Co. KG as **TERMINATED**.

                       **BY THE COURT:**

                       /s/ Jeffrey L. Schmehl
                       Jeffrey L. Schmehl, J.