IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MUNIZ, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-4619 |
| | : | |
| STOBER *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 19th day of October, 2023, upon consideration of Defendant Breyer GmbH Maschinenfabrik's ("Breyer") *Motion for Summary Judgment* (ECF No. 96), Plaintiff Josue Muniz's opposition thereto (ECF No. 102), and Breyer's reply in support thereof (ECF No. 103), it is hereby **ORDERED** as follows:

1. Breyer's Motion is **DENIED**;

2. The parties shall schedule a settlement conference before U.S. Magistrate Judge Richard A. Lloret to be held within 60 days of this Order (or as soon as possible thereafter); and

3. A telephonic status conference shall be held on December 28, 2023, at 10:30 a.m. The parties shall call into the conference at 888-204-5984 using access code 3221457.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**